CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
CARLOS L. MCDADE, ESQ.
Nevada Bar No. 11205
JON M. OKAZAKI, ESQ.
Nevada Bar No. 4710
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Attorneys for Defendant, CCSD

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JILL LEFF, CLAUDIA KRAUSE, KRISTA SHIELDS, CHRISTOPHER STEWART, NEKISHA SIMPSON, CARRIE CHAPPELL, CAROLYN DOYEL, KODZO ATTILA, JOSEPH PORTILLA, AMANDA LA FORTE, PATRICIA WEBB, MARY RICE, BARBARA GAMMAGE, FRANCIS SIMONE BOJAR, GLEN ROWLEY, and CLARK COUNTY EDUCATION ASSOCIATION, an employee organization,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, a county school district<br><br>Defendant. | CASE NO.: 2:15-CV-01155-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br>(First Request) |

COME NOW, Plaintiffs and Defendant Clark County School District ("District"), by and through their attorneys of record, and hereby stipulate and agree that the District may have up to and including September 4, 2015, to respond to the complaint in this matter. The current response date is August 18, 2015. This is the first request for an extension to the response due date.

This matter primarily concerns the constitutionality of certain amendments to NRS Chapter 391 enacted by the Nevada

1

1  legislature in 2011.  Plaintiffs have served Nevada's Attorney
2  General with notice pursuant to Fed.R.Civ.P 5.1 that this matter
3  concerns a constitutional challenge.  This request is being entered
4  in good faith, and not for reason of delay, in order to allow the
5  parties to determine the State of Nevada's intention with respect
6  to defending the challenged statutes.
7     THEREFORE, the parties respectfully request that the District
8  may have up to and including September 4, 2015, to respond to the
9  complaint in this matter.
10    DATED this 29th day of July, 2015.

| CLARK COUNTY SCHOOL DISTRICT<br>Office of the General Counsel | DYER, LAWRENCE, FLAHERTY,<br>DONALDSON AND PRUNTY<br>Attorneys at Law |
|---|---|
| By:  /s/ Jon Okazaki<br>JON M. OKAZAKI<br>Nevada Bar No. 4710<br>5100 W. Sahara Ave.<br>Las Vegas, Nevada 89146<br>Attorneys for Defendants | By:/s/ Thomas J. Donaldson<br>Thomas J. Donaldson<br>Nevada Bar No. 5283<br>2805 Mountain Street<br>Carson City, NV 89703<br>Attorneys for Plaintiffs |

**IT IS SO ORDERED:**

Date: July 30, 2015

_/s/ George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge

2