CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
S. SCOTT GREENBERG, ESQ.
Nevada Bar No. 4622
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Attorneys for Defendant CCSD

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JILL LEFF, CLAUDIA KRAUSE, KRISTA SHIELDS, CHRISTOPHER STEWART, NEKISHA SIMPSON, CARRIE CHAPPELL, CAROLYN DOYEL, KODZO ATTILA, JOSEPH PORTILLA, AMANDA LA FORTE, PATRICIA WEBB, MARY RICE, BARBARA GAMMAGE, FRANCIS SIMONE BOJAR, GLEN ROWLEY, and CLARK COUNTY EDUCATION ASSOCIATION, an employee organization,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, a county school district<br><br>Defendant. | CASE NO.:<br>2:15-CV-01155-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br>(First Request) |

COME NOW, Plaintiffs and Defendant Clark County School District ("District"), by and through their attorneys of record, and hereby stipulate and agree that the District may have up to and including September 30, 2015, to file the reply brief in support of its motion to dismiss. The reply is currently due September 25, 2015. This is the first request for an extension to the reply due date and is being requested in good faith and not for any reason of delay.

/ / /

1

The undersigned District counsel has not had sufficient time to complete the reply brief due to other work commitments and also due to a family member's medical issue being dealt with the week of September 21st. Therefore, this short extension is being requested.

THEREFORE, the parties respectfully request that the District may have up to and including September 30, 2015, to file its reply brief in this matter.

DATED this 24th day of September, 2015.

| CLARK COUNTY SCHOOL DISTRICT<br>Office of the General Counsel | DYER, LAWRENCE, FLAHERTY,<br>DONALDSON AND PRUNTY<br>Attorneys at Law |
|---|---|
| By: /s/ S. Scott Greenberg<br>S. Scott Greenberg<br>Nevada Bar No. 4622<br>5100 W. Sahara Ave.<br>Las Vegas, Nevada 89146<br>Attorneys for Defendant | By:/s/ Sue S Matuska<br>Sue S. Matuska<br>Nevada Bar No. 6051<br>2805 Mountain Street<br>Carson City, NV 89703<br>Attorneys for Plaintiffs |

**IT IS SO ORDERED:**

Date: September 28, 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge

2