1  OFFICE OF THE GENERAL COUNSEL
   CLARK COUNTY SCHOOL DISTRICT
2  S. SCOTT GREENBERG, ESQ.
   Nevada Bar No. 4622
3  5100 W. Sahara Ave.
   Las Vegas, NV 89146
4  (702) 799-5373
   Attorneys for Defendant
5
                    **UNITED STATES DISTRICT COURT**
6
                         **DISTRICT OF NEVADA**
7

8  JILL LEFF, CLAUDIA KRAUSE,           CASE NO.:
   KRISTA SHIELDS, CHRISTOPHER          2:15-CV-01155-RFB-GWF
9  STEWART, NEKISHA SIMPSON,
   CARRIE CHAPPELL, CAROLYN
10 DOYEL, KODZO ATTILA, JOSEPH          **STIPULATION AND ORDER FOR STAY**
   PORTILLA, AMANDA LA FORTE,           **OF DISCOVERY PENDING MOTION TO**
11 PATRICIA WEBB, MARY RICE,            **DISMISS**
   BARBARA GAMMAGE, FRANCIS
12 SIMONE BOJAR, GLEN ROWLEY, and
   CLARK COUNTY EDUCATION
13 ASSOCIATION, an employee
   organization,
14
                  Plaintiffs,
15
   v.
16
   CLARK COUNTY SCHOOL DISTRICT,
17 a county school district,

18                Defendants.

19     COME NOW the parties, by and through their counsel of record,
20 and hereby stipulate and agree to stay discovery in this matter
21 until the Court rules on the pending motion to dismiss (Docket No.
22 9). The Nevada legislature enacted AB 225 in 2011 which provided
23 post-probationary teachers receiving unsatisfactory evaluations in
24 consecutive years revert to probationary status. The individual
25 Plaintiffs are former Clark County School District teachers to whom
26 the District applied AB 225 and were non-renewed at the end of the
27 2013-14 school year. The Clark County Education Association, the
28 recognized bargaining representative for District teachers, is also

1  a Plaintiff. The lawsuit challenges applying AB 225 to teachers
2  that were post-probationary prior to the law's passage.
3  Specifically, the lawsuit alleges that the District violated
4  Plaintiff teachers' rights under the Contract Clause and Due
5  Process Clause of the Fourteenth Amendment to the United States
6  Constitution.

7  Defendant filed a motion to dismiss asserting Plaintiffs have
8  failed to state a claim. The response and reply briefs have been
9  filed. Docket Nos. 9, 12 and 16. District courts have "wide
10 discretion in controlling discovery" which includes granting a
11 stay. <u>Little v. City of Seattle</u>, 863 F.2d 681, 685 (9th Cir. 1988).
12 A district court may properly stay discovery during the
13 consideration of a dispositive motion when discovery is not
14 pertinent to the issues in the dispositive motion. <u>Rae v. Union
15 Bank</u>, 725 F.2d 478, 481 (9th Cir. 1984); <u>White v. American Tobacco</u>,
16 125 FRD 508, 510 (D. Nev. 1989). The pending motion to dismiss
17 raises issues that the Court will resolve as a matter of law.

18 The parties do not wish to needlessly expend resources while
19 the motion to dismiss is pending given that the motion revolves
20 around issues that will be resolved as a matter of law. With the
21 number of Plaintiffs, considerable discovery will be required. For
22 example, Defendant anticipates deposing each individual Plaintiff
23 teacher and propounding written discovery to each if the case is
24 not resolved as a matter of law. A stay will permit the parties to
25 delay incurring the costs of discovery until a ruling is issued on
26 the dispositive motion which may dispose of the matter.
27 / / /
28 / / /

1    Therefore, the parties respectfully request that the Court
2 stay discovery, including Rule 26 requirements to meet and file a
3 proposed discovery plan and initial disclosures, until a ruling on
4 the pending motion to dismiss is issued.
5            DATED this 23rd day of October, 2015.

7 DYER, LAWRENCE, FLAHERTY            CLARK COUNTY SCHOOL DISTRICT
  DONALDSON & PRUNTY                     OFFICE OF THE GENERAL COUNSEL

9 By: Thomas J. Donaldson             By: S. Scott Greenberg
       THOMAS J. DONALDSON                 S. SCOTT GREENBERG
10     Nevada Bar No. 5283                 Sr. Assistant General Counsel
       SUE S. MATUSKA                      Nevada Bar No. 4622
11     Nevada Bar No. 6051                 5100 W. Sahara Ave.
       2805 Mountain Str.                  Las Vegas, NV 89146
12     Carson City, NV 89703               Attorney for Defendant
       Attorney for Plaintiffs

15 **IT IS SO ORDERED**:

17 Date: November 3, 2015          _George Foley Jr._____
                                    GEORGE FOLEY, JR.
18                                  United States Magistrate Judge

- 3 -