```
CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
S. SCOTT GREENBERG, ESQ.
Nevada Bar No. 4622
5100 W. Sahara Ave.
Las Vegas, Nevada 89146
(702) 799-5373
Attorneys for Defendant CCSD
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JILL LEFF, et al,<br><br>            Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, a county school district,<br><br>            Defendant. | CASE NO.: 2:15-cv-01155-RFB-GWF<br><br>**STIPULATION AND ORDER TO CONDUCT DEPOSITIONS AFTER DISCOVERY DEADLINE**<br>(First Request) |

COME NOW the parties, by and through their counsel of record, and hereby stipulate and agree that the parties may take depositions of Plaintiffs not deposed during the discovery period for the purpose of damage issues up to sixty (60) days following a ruling on dispositive motions.  This is the first request to allow depositions beyond the discovery deadline.  This request is not intended for any reason of delay but to allow the litigation to proceed in a cost-effective manner consistent with Fed.R.Civ.P. 1 which provides the rules of civil procedure "should be construed, administered, and employed by the court and the parties to secure

/ / /

/ / /

1  the just, speedy, and inexpensive determination of every action and
2  proceeding."  The parties agree this stipulation will not be used
3  as a defense or objection to injunctive relief Plaintiffs may seek
4  nor is this stipulation a waiver of any applicable defense or
5  objection should injunctive relief be entered by the court.

6       The discovery deadline is April 4, 2017.  The dispositive
7  motion deadline is May 4, 2017.  The parties will be filing motions
8  for summary judgment following the close of discovery.  There are
9  fifteen (15) individual Plaintiffs.  While the legal issues are
10 common to the Plaintiffs, damage issues will be individualized to
11 the various Plaintiffs.  Damage issues will not be relevant to
12 dispositive motions; therefore, the parties wish to have a ruling
13 on dispositive motions before expending the time and expense on
14 depositions for damage issues and which may be avoided depending on
15 the Court's dispositive motions ruling.  Therefore, the parties have
16 agreed to conduct Plaintiffs' depositions, for Plaintiffs not
17 already deposed, regarding damage issues only not later than sixty
18 (60) days after a ruling on dispositive motions should any claims
19 remain.
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1   Therefore, the parties respectfully request that they be
2 allowed to conduct depositions of Plaintiffs not already deposed as
3 to damage issues only no later than sixty (60) days following a
4 ruling on dispositive motions.
5   Dated this 29th day of March, 2017.

| CLARK COUNTY SCHOOL DISTRICT<br>Office of the General Counsel | DYER, LAWRENCE, FLAHERTY,<br>DONALDSON & PRUNTY |
|---|---|
| By: /s/ S. Scott Greenberg<br>S. SCOTT GREENBERG<br>Nevada Bar No. 4622<br>5100 W. Sahara Ave.<br>Las Vegas, Nevada 89146<br>(702) 799-5373<br>Attorneys for Defendant<br>CCSD | By: /s/ Thomas J. Donaldson<br>THOMAS J. DONALDSON<br>Nevada Bar No. 5282<br>2805 Mountain Street<br>Carson City, NV 89703<br>(775) 885-1896<br>Attorneys for Plaintiffs |

**IT IS SO ORDERED:**

Dated: April 3, 2017

_____
U.S. Magistrate Judge

- 3 -