1  CLARK COUNTY SCHOOL DISTRICT
   OFFICE OF THE GENERAL COUNSEL
2  S. SCOTT GREENBERG, ESQ.
   Nevada Bar No. 4622
3  5100 W. Sahara Ave.
   Las Vegas, Nevada 89146
4  (702) 799-5373
   Attorneys for Defendant CCSD

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JILL LEFF, et al, | CASE NO.: 2:15-cv-01155-RFB-GWF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND MOTION DEADLINE** |
| CLARK COUNTY SCHOOL DISTRICT, a county school district, | (First Request) |
| Defendant. | |

COME NOW the parties, by and through their counsel of record, and hereby stipulate and agree to extend the motion deadline 21-days, from May 4, 2017, to May 25, 2017. This is the first request to extend the dispositive motion deadline. The request is not intended for any reason of delay but to allow sufficient time to complete motions.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Therefore, the parties respectfully request that the motion deadline be extended 21-days up to and including May 25, 2017.

Dated this 13th day of April, 2017.

| CLARK COUNTY SCHOOL DISTRICT<br>Office of the General Counsel | DYER, LAWRENCE, FLAHERTY,<br>DONALDSON & PRUNTY |
|---|---|
| By: /s/ S. Scott Greenberg<br>S. SCOTT GREENBERG<br>Nevada Bar No. 4622<br>5100 W. Sahara Ave.<br>Las Vegas, Nevada 89146<br>(702) 799-5373<br>Attorneys for Defendant<br>CCSD | By: /s/ Thomas J. Donaldson<br>THOMAS J. DONALDSON<br>Nevada Bar No. 5282<br>2805 Mountain Street<br>Carson City, NV 89703<br>(775) 885-1896<br>Attorneys for Plaintiffs |

**IT IS SO ORDERED**:

Dated: April 14, 2017

_____
UNITED STATES MAGISTRATE JUDGE