1  CLARK COUNTY SCHOOL DISTRICT
   OFFICE OF THE GENERAL COUNSEL
2  S. SCOTT GREENBERG, ESQ.
   Nevada Bar No. 4622
3  5100 W. Sahara Ave.
   Las Vegas, Nevada 89146
4  (702) 799-5373
   Email: sgreenberg@interact.ccsd.net
5  Attorney for Defendant,
   CLARK COUNTY SCHOOL DISTRICT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JILL LEFF, et. al, | CASE NO.: 2:15-CV-01155-RFB-GWF |
| Plaintiffs, | |
| v. | **STIPULATION TO EXTEND TIME FOR REMAINING BRIEFING ON PARTIES' MOTIONS FOR SUMMARY JUDGMENT** |
| CLARK COUNTY SCHOOL DISTRICT, a county school district, | (First Request) |
| Defendant. | |

COME NOW, the parties, by and through their attorneys of record, and hereby stipulate and agree to extend the time for the remaining briefing with respect to the motions for summary judgment. Plaintiffs' summary judgment motion (Docket No. 34) was filed May 25, 2017. Both Plaintiffs and Defendant filed motions for summary judgment on May 25th and their respective responses are due June 15th. The parties request fourteen (14) day extensions for filing responses and reply briefs. Responses would be due June 29, 2017, and the reply briefs (normally due fourteen (140 days later) would be due July 27, 2017. This is the first request to extend the time for filing the remaining summary judgment briefs and is not made for any reason of delay but because of counsels' recent work commitments and July schedules.

Since the filing of the motions for summary judgment, defense counsel has motions for summary judgment due in two other federal

cases (plus responses due in one of those matters to the plaintiff's recent requests to reopen discovery and amend complaint) prior to June 15th, a response due to an OSHA employee retaliation complaint, an employee dismissal arbitration on June 6th, and will be in depositions for several days in another federal case to conclude depositions by the June 15th discovery deadline in that matter. Additionally defense counsel's office is moving June 9th so his office must be packed by the end of June 8th and the move, including computers, is to take place on June 9th and through the weekend, therefore it is expected this will take up defense counsel's time immediately before June 8th and into the next week. Plaintiffs' counsel has been involved in two (2) arbitrations since the filing of the motions for summary judgment and recently had the briefing schedule restarted without prior notice in a complex appellate matter that had been stayed which is expected to take significant time. Given counsels' other work commitments, it is respectfully requested that the remaining briefing schedule be extended as indicated below to allow sufficient time for counsel to prepare and complete briefs on behalf of the respective clients in this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Therefore, for the foregoing reasons, it is respectfully requested that the time for the response to Plaintiffs' summary judgment motion be extended to June 29, 2017, and that Plaintiffs' reply brief be due July 27, 2017.

         DATED this 6th day of June, 2017.

| CLARK COUNTY SCHOOL DISTRICT<br>Office of the General Counsel | DYER, LAWRENCE, FLAHERTY,<br>DONALDSON AND PRUNTY<br>Attorneys at Law |
|---|---|
| By: /s/ S. Scott Greenberg<br>S. Scott Greenberg<br>Nevada Bar No. 4622<br>5100 W. Sahara Ave.<br>Las Vegas, Nevada 89146<br>Attorneys for Defendant | By:/s/ Thomas J. Donaldson<br>Thomas J. Donaldson<br>Nevada Bar No. 5283<br>2805 Mountain Street<br>Carson City, NV 89703<br>Attorneys for Plaintiffs |

**IT IS SO ORDERED:**

Date: June 8, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge