1  CLARK COUNTY SCHOOL DISTRICT
   OFFICE OF THE GENERAL COUNSEL
2  S. Scott Greenberg, Esq.
   Nevada Bar No. 4622
3  5100 W. Sahara Ave.
   Las Vegas, Nevada 89146
4  (702) 799-5373
   sgreenberg@interact.ccsd.net
5  Attorney for Defendant CCSD

6  Thomas J. Donaldson, Esq.
   Nevada Bar No. 5283
7  DYER, LAWRENCE, FLAHERTY,
    DONALDSON AND PRUNTY
8  2805 Mountain Street
   Carson City, NV 89703
9  (775) 885-8728
   tdonaldson@dyerlawrence.com
10 Attorneys for Plaintiffs

11                    UNITED STATES DISTRICT COURT

12                       DISTRICT OF NEVADA

13

14 JILL LEFF, et. al,                    CASE NO.:
                                         2:15-CV-01155-RFB-GWF
15           Plaintiffs,
                                         STIPULATION TO EXTEND TIME FOR
16 v.                                    OPPOSITIONS TO MOTIONS FOR
                                         SUMMARY JUDGMENT
17 CLARK COUNTY SCHOOL DISTRICT, a
   county school district,              (Second Request)
18           Defendant.

19

20     COME NOW, the parties, by and through their attorneys of

21 record, and hereby stipulate and agree to extend the time for the

22 parties' oppositions to the motions for summary judgment. The

23 oppositions are due June 29, 2017. The parties request a one (1)

24 day extension to file their oppositions to June 30, 2017. The

25 parties filed their summary judgment motions on May 25, 2017.

26 Docket Nos. 34 and 35.

27     The District is encountering computer issues today, including

28 internet connections being down. This is impacting defense

1  counsel finalizing the District's opposition to Plaintiffs' motion

2  for summary judgment, including his inability to access Lexis at

3  this time.   This was an unforseen situation therefore this

4  stipulation could not have been filed previously.  Given defense

5  counsel's inability to finalize the District's opposition, the

6  parties have agreed that Plaintiffs' counsel may also have to June

7  30th to file their opposition to the District's summary judgment

8  motion.

9        Therefore, for the foregoing reasons, it is respectfully

10  requested that the time for each party to respond to the summary

11  judgment motions be extended one day to June 30, 2017.

12        DATED this 29th day of June, 2017.

13

14  CLARK COUNTY SCHOOL DISTRICT          DYER, LAWRENCE, FLAHERTY,
    Office of the General Counsel          DONALDSON AND PRUNTY
                                           Attorneys at Law

15

16  By:   /s/ S. Scott Greenberg          By:/s/ Thomas J. Donaldson
          S. Scott Greenberg                 Thomas J. Donaldson
17        Nevada Bar No. 4622                Nevada Bar No. 5283
          5100 W. Sahara Ave.               2805 Mountain Street
18        Las Vegas, Nevada 89146           Carson City, NV 89703
          Attorneys for Defendant           Attorneys for Plaintiff

19                                                                    S

20

21

22

    IT IS SO ORDERED:
23

24
    Date: July 3, 2017.
25
                                       RICHARD F. BOULWARE, II
26                                     United States District Judge

27

28

                              -2-