UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JILL LEFF, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-01155-RFB-GWF<br><br>**ORDER** |

This matter is before the Court on Thomas J. Donaldson Esq. & Sue S. Matuska Esq.'s Motion to Withdraw as Attorney for Plaintiff Clark County Education Association (ECF No. 54), filed May 15, 2018. To date, no party has filed a response to this motion and the time for opposition has now expired. Furthermore, the movants substantially establish good cause for withdrawal. Accordingly,

**IT IS HEREBY ORDERED** Thomas J. Donaldson Esq. & Sue S. Matuska Esq.'s Motion to Withdraw as Attorney for Plaintiff Clark County Education Association (ECF No. 54) is **granted**.

**IT IS FURTHER ORDERED** that Clark County Education Association must retain new counsel if it intends to litigate this matter. Unincorporated associations, must appear through an attorney. *Church of the New Testament v. U.S.*, 783 F.2d 771, 773 (9th Cir. 1986). Plaintiff Clark County Education Association shall have until **July 2, 2018**, to advise the Court if it will retain new counsel.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall:

1. Add the last known address of Plaintiff, Clark County Education Association to the civil docket:

**4230 McLeod Dr.,
Las Vegas, NV 89121**

2. Serve Plaintiff Clark County Education Association with a copy of this order at their last known address.

Dated this 31st day of May, 2018.

*George Foley Jr.*

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE