UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JILL LEFF, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CLARK COUNTY SCHOOL DISTRICT, *et al.*, <br><br> Defendants. | Case No. 2:15-cv-01155-RFB-GWF <br><br> **ORDER** |

This matter is before the Court on Plaintiff Clark County Education Association's failure to retain counsel. On May 31, 2018, the Court granted Thomas J. Donaldson, Esq., and Sue S. Matuska, Esq.'s, Motion to Withdraw as Counsel for Plaintiff Clark County Education Association. *See* ECF No. 54. The Court instructed Plaintiff to retain new counsel no later than July 2, 2018 if it intends to continue to litigate this matter. Unincorporated associations may appear in federal court only through licensed counsel. *U.S. v. High Country Broad Co., Inc.*, 3 F3d 12455, 1245 (9th Cir. 1993). Plaintiff Clark County Education Association shall have until **August 20, 2018** to retain counsel. Failure to designate local counsel will result in an order to show cause why this matter should not be dismissed. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Clark County Education Association shall have until **August 20, 2018** to designate local counsel as counsel of record.

Dated this 23rd day of July, 2018.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1