```
CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
S. SCOTT GREENBERG, ESQ.
Nevada Bar No. 4622
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Attorneys for Defendant CCSD
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JILL LEFF, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, a county school district<br><br>　　　　Defendant. | CASE NO.:<br>2:15-CV-01155-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE BRIEF IN RESPONSE TO DOCKET #71 DUE APRIL 26, 2019**<br>(First Request) |

COME NOW, Plaintiffs and Defendant Clark County School District ("District"), by and through their attorneys of record, and hereby stipulate and agree that the District may have a one (1) business day extension to file its response to Docket #71, currently due Friday, April 26th, to Monday, April 29th. This short extension is the first request to extend the due date and is being requested in good faith and not for any reason of delay. In addition to other work matters since Plaintiff's brief was filed April 12th, counsel for the District had a labor arbitration April 16th, the District's offices were closed April 19th and District counsel is scheduled not to be in the office on April 26th.

/ / /

/ / /

1

THEREFORE, the parties respectfully request that the District may have up to and including April 29, 2019, to file its response to Docket #71 and Plaintiffs may have same extension to May 13, 2019, to file any reply.

DATED this 25th day of April, 2019.

| CLARK COUNTY SCHOOL DISTRICT<br>Office of the General Counsel | DYER, LAWRENCE, FLAHERTY,<br>DONALDSON AND PRUNTY<br>Attorneys at Law |
|---|---|
| By: /s/ S. Scott Greenberg<br>S. Scott Greenberg<br>Nevada Bar No. 4622<br>5100 W. Sahara Ave.<br>Las Vegas, Nevada 89146<br>Attorneys for Defendant | By: /s/ Sue S Matuska<br>Sue S. Matuska<br>Nevada Bar No. 6051<br>2805 Mountain Street<br>Carson City, NV 89703<br>Attorneys for Plaintiffs |

**IT IS SO ORDERED:**

Date: April 29, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE