Thomas J. Donaldson
Nevada Bar No. 5283
Sue S. Matuska
Nevada Bar No. 6051
Dyer Lawrence, LLP
2805 Mountain Street
Carson City, Nevada 89703
Phone: (775) 885-1896
Facsimile: (775) 885-8728
tdonaldson@dyerlawrence.com
smatuska@dyerlawrence.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JILL LEFF, CLAUDIA KRAUSE, KRISTA SHIELDS, CHRISTOPHER STEWART, NEKISHA SIMPSON, CARRIE CHAPPELL, CAROLYN DOYEL, KODZO ATTILA, JOSEPH PORTILLA, AMANDA LA FORTE, PATRICIA WEBB, MARY RICE, BARBARA GAMMAGE, FRANCIS SIMONE BOJAR, and GLEN ROWLEY,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, a county school district,<br><br>Defendant. | CASE NO. 2:15-cv-01155-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE SUPPLEMENTAL BRIEFING ORDERED AT JUNE 10, 2020 EVIDENTIARY HEARING**<br>(First Request) |

COME NOW Plaintiff GLEN ROWLEY and Defendant, CLARK COUNTY SCHOOL DISTRICT, by and through their attorneys of record, and hereby stipulate that the parties may have up to and including July 27, 2020, to file the supplemental briefing ordered at the June 10, 2020, hearing. Dckt 99. Plaintiff's counsel will provide attorney fee calculations to Defendant's counsel by July 20, 2020. The supplemental briefing is currently due July 13, 2020. This is the first request for an extension and is being requested in good faith and not for any reason of delay but because of recent work commitments and July schedule of counsel for both parties.

/ / /

Therefore, the parties respectfully request that the parties may have up to and including July 27, 2020, to file their supplemental briefing ordered at the June 10, 2020, hearing.

DATED this 7th day of July, 2020.

| DYER LAWRENCE, LLP | CLARK COUNTY SCHOOL DISTRICT |
|---|---|
| By: /s/ Sue S. Matuska<br>Thomas J. Donaldson<br>Nevada Bar No. 5283<br>Sue S. Matuska<br>Nevada Bar No. 6051<br>Attorneys for Plaintiffs | By: /s/ Jon M. Okazaki<br>Jon M. Okazaki<br>Nevada Bar No. 4710<br>Attorney for Defendant |

IT IS SO ORDERED:

_____

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 13th day of July, 2020.