JON M. OKAZAKI
Nevada Bar No. 4710
CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
5100 West Sahara Avenue
Las Vegas, Nevada  89146
Tel:  (702) 799-5373
Fax:  (702) 799-5505
okazajm@nv.ccsd.net
Attorneys for Clark County School District

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JILL LEFF, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, a county school district,<br><br>        Defendant. | CASE NO.: 2:15-cv-01155-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE SUPPLEMENTAL BRIEFING ORDERED AT JUNE 10, 2020 EVIDENTIARY HEARING**<br>(Second Request) |

COME NOW, Defendant CLARK COUNTY SCHOOL DISTRICT ("District"), by and through its counsel, and Plaintiff GLEN ROWLEY, by and through his counsel, and hereby stipulate that the parties may have up to and including August 10, 2020, to file the supplemental briefing.  The supplemental briefing is currently due on July 27, 2020.  Dckt 101.  This is the second request for an extension and is being requested in good faith and not for any reason of delay but because of recent work commitments and July schedule of both parties.

. . .

. . .

. . .

Therefore, the parties respectfully request that the parties may have up to and including August 10, 2020, to file their supplemental briefing.

| CLARK COUNTY SCHOOL DISTRICT<br>Office of the General Counsel | DYER LAWRENCE, LLP |
|---|---|
| By: */s/ Jon M. Okazaki*<br>　JON M. OKAZAKI<br>　Nevada Bar No. 4710<br>　5100 W. Sahara Ave.<br>　Las Vegas, Nevada 89146<br>　*Attorney for Defendant* | By: */s/ Sue S. Matuska*<br>　THOMAS J. DONALDSON, ESQ.<br>　Nevada Bar No. 5283<br>　SUE S. MATUSKA, ESQ.<br>　Nevada Bar No. 6051<br>　2805 Mountain Street<br>　Carson City, Nevada 89703<br>　*Attorneys for Plaintiffs* |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  23rd day of July, 2020.