Thomas J. Donaldson
Nevada Bar No. 5283
Sue S. Matuska
Nevada Bar No. 6051
Dyer Lawrence, LLP
2805 Mountain Street
Carson City, Nevada 89703
Phone: (775) 885-1896
Facsimile: (775) 885-8728
tdonaldson@dyerlawrence.com
smatuska@dyerlawrence.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JILL LEFF, CLAUDIA KRAUSE, KRISTA SHIELDS, CHRISTOPHER STEWART, NEKISHA SIMPSON, CARRIE CHAPPELL, CAROLYN DOYEL, KODZO ATTILA, JOSEPH PORTILLA, AMANDA LA FORTE, PATRICIA WEBB, MARY RICE, BARBARA GAMMAGE, FRANCIS SIMONE BOJAR, and GLEN ROWLEY,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, a county school district,<br><br>Defendant. | CASE NO. 2:15-cv-01155-RFB-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE FOR SPECIFIED PLAINTIFFS** |

COME NOW Plaintiffs AMANDA LAFORTE and JOSEPH PORTILLA by and through their attorneys, Dyer Lawrence, LLP and THOMAS J. DONALDSON, Esq. and SUE S. MATUSKA, Esq. and Defendant CLARK COUNTY SCHOOL DISTRICT by and through its attorney, the Office of the General Counsel and CRYSTAL J. HERRERA, Esq. and hereby stipulate and request an order dismissing them from this action in its entirety, with prejudice. The Plaintiffs named in this paragraph and the Defendant will bear their own costs and fees for the claims and causes of action

///

///

dismissed by this Stipulation and Order.

Plaintiff GLEN ROWLEY and Defendant CLARK COUNTY SCHOOL DISTRICT, by and through their above named counsels of record, hereby stipulate that Plaintiff GLEN ROWLEY is intentionally excluded from the prior paragraph and is not dismissed from this action at this time.[1]

DATED this 18th day of August, 2021.

DYER LAWRENCE, LLP

By: *(signature)*
Thomas J. Donaldson
Nevada Bar No. 5283
Sue S. Matuska
Nevada Bar No. 6051
Attorneys for Plaintiffs

CLARK COUNTY SCHOOL DISTRICT

By: *(signature)*
Crystal J. Herrera
Nevada Bar No. 12396
Attorney for Defendant

IT IS SO ORDERED:

*(signature)*

**RICHARD E. BOULWARE, II**
**United States District Court**

DATED this 19th day of August, 2021.

---

[1] An evidentiary hearing was held for Plaintiff GLEN ROWLEY on June 10, 2020. All other Plaintiffs named in the caption and not addressed in the body of this pleading were dismissed with prejudice by the Stipulation and Order entered by the Court on October 16, 2019. *See* Docket 87.

Dyer Lawrence, LLP
2805 Mountain Street
Carson City, Nevada 89703
(775) 885-1896